UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-M-1254

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO DISMISS |
| v. ) | CRIMINAL COMPLAINT |
| ) | |
| ARIANA CINTHIA LLERENA-VALDIVIESO ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, moved to dismiss the complaint against the defendant, without prejudice.

So ORDERED this 23rd day of June, 2007.

_____
LOUISE W. FLANAGAN
Chief District Court Judge